IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN W. JEFFRIES,
     Plaintiff,

vs.                          Case No: 3:06cv344/MCR/MD

JAMES EDWARD SULLIVAN, et al.,
     Defendants.

---

### O R D E R

Plaintiff has filed a notice of compliance with this court's order directing him to contact Sheriff Ron McNesby to attempt to ascertain the identity and whereabouts of the John Doe defendant.  (*See* docs. 82, 85).  Plaintiff further indicates that he would like the court to consider allowing him to amend his complaint to re-name Sheriff McNesby as a defendant if McNesby fails to voluntarily provide the necessary information.

Accordingly, it is ORDERED:

1.  No order permitting amendment of the complaint will be issued at this time, as Sheriff McNesby has not been given sufficient time in which to provide the necessary information.  Furthermore, at present there is no proper motion to amend before the court.[1] *See* N.D. Fla. Loc. R. 15.1.

2.  If Sheriff McNesby does not provide the identity and whereabouts of the John Doe defendant within thirty (30) days, plaintiff may file a motion to amend and proposed

---

[1] Plaintiff indicates that he previously included a motion to amend within his response to defendants' special reports.  (Doc. 86).  Plaintiff is advised that no motion to amend was docketed.  The pleading plaintiff references was titled "Plaintiff's Response in Opposition to Defendants Special Reports," and was docketed as such.  To ensure that a motion is docketed, it should be filed as a separate document, not inserted within a responsive memorandum.  Furthermore, a motion to amend must be accompanied by the proposed amended pleading.  *See* N.D. Fla. Loc. R. 15.1.

second amended complaint.  The motion and proposed amended complaint shall each be filed and docketed separately.  A complaint form may be obtained from the clerk of court.

DONE AND ORDERED this 13th day of September, 2007.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**