IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN W. JEFFRIES,
        Plaintiff,

vs.                                                    Case No: 3:06cv344/MCR/MD

JAMES EDWARD SULLIVAN, et al.,
        Defendants.

_____

## O R D E R

Defendant John Doe has been identified as Retired Deputy Robert White.  (Doc. 102, Attach.).  Mr. White's address is being provided in confidence to the United States Marshals Service so that he may be served.  (*Id.*).

Accordingly, it is ORDERED:

1.  The Clerk shall change the docket to reflect that Retired Deputy Robert White has been substituted as defendant John Doe.  The Clerk shall ensure that the docket now reflects **six** defendants:  James Edward Sullivan, Charles Dix, Prison Health Services, Inc., Robert White, Stephanie Clark and Annie Adams.

2.  The Clerk shall issue summons for defendant White, indicating that he has 60 days in which to file a responsive pleading (which in this case will be a written report as detailed *infra*), and refer the summons to the United States Marshal (Attn. Nicole Key) with a copy of this order, a copy of this court's original service order dated January 17, 2007 (doc. 17), and a copy of the amended complaint (doc. 9).  Pursuant to FED.R.CIV.P. 4(c)(2), all costs of service shall be advanced by the United States.

3.  Upon receipt of Mr. White's address, the United States Marshal shall send a copy of the amended complaint (doc. 9), a copy of the court's original service order dated January 17, 2007 (doc. 17), a completed Form 1A (revised) and a copy thereof, a Form 1B (revised), and a prepaid means of compliance to defendant Robert White.  The Marshal

shall mail the forms to this defendant as soon as possible so that service or waiver of service can be completed within 120 days from the date of this court's original service order, as contemplated by Fed.R.Civ.P. 4(m).

4. If after 30 days from the mailing of the waiver of service forms and the complaint defendant White has not returned the waiver of service form (Form 1B (revised)), the Marshal shall personally serve defendant White pursuant to FED.R.CIV.P. 4(e). Upon completion of service, the Marshal shall file with the Clerk the return and a written statement of all costs incurred of making such personal service.

DONE AND ORDERED this 11th day of October, 2007.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**