IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN W. JEFFRIES,
    Plaintiff,

vs.                                    CASE NO.:  3:06cv344/MCR/MD

JAMES EDWARD SULLIVAN, et al.,
    Defendants.
_____/

O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 22, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Defendants Sullivan's and Dix's motions for summary judgment (doc. 72, 73) are DENIED.

    3.    Defendant Clark's motion for summary judgment (doc. 109) is DENIED.

    4.    Defendant Adams' motion for summary judgment (doc. 110) is GRANTED.

    5.    Defendant Prison Health Services' motion for summary judgment (doc. 71) is GRANTED IN PART AND DENIED IN PART as follows:

        a.    The motion is DENIED as to the issue of whether PHS had a custom or policy of providing cheaper but less efficacious medical treatment that resulted in deliberate indifference to plaintiff's serious medical needs.

    b. The motion is DENIED with regard to PHS' assertion that it is entitled to Eleventh Amendment immunity from plaintiff's monetary damages claims.

    c. The motion is GRANTED in all other respects.

  6. Defendant Robert White's motion for summary judgment (doc. 117) is DENIED.

  7. This matter is referred to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 12th day of March, 2008.

            *s/ M. Casey Rodgers*
           **M. CASEY RODGERS**
           **UNITED STATES DISTRICT JUDGE**