IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN W. JEFFRIES,**
    Plaintiff,

vs.                                  Case No.: 3:06cv344/MCR/MD

**JAMES EDWARD SULLIVAN, et al.,**
    Defendants.

___

### REPORT AND RECOMMENDATION

This cause is before the court upon the filing of a Notice of Settlement and Stipulated Motion to Dismiss of Plaintiff and Defendants James Edward Sullivan, Robert A. White and Charles R. Dix. (Doc. 124). Plaintiff and these defendants request that this cause be dismissed with prejudice <u>as to them</u>. They further indicate their agreement to each be responsible for his own attorney's fees and costs.

Accordingly, it is respectfully RECOMMENDED:

1. That the motion to dismiss filed by plaintiff and defendants Sullivan, White and Dix (doc. 124) be GRANTED.

2. That this cause be DISMISSED WITH PREJUDICE <u>as to defendants James Edward Sullivan, Robert White and Charles Dix</u>, and that no attorney's fees or costs be awarded or assessed against them.

At Pensacola, Florida, this 7th day of April, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**