IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN W. JEFFRIES,
    Plaintiff,

vs.                                              Case No.: 3:06cv344/MCR/MD

JAMES EDWARD SULLIVAN, et al.,
    Defendants.

_____

## ORDER and
## REPORT AND RECOMMENDATION

On April 7, 2008 the undersigned issued a Report and Recommendation that three of the five defendants be dismissed pursuant to their notice of settlement and stipulated motion to dismiss. (Doc. 125). The remaining defendants have now filed a notice of settlement and stipulated motion to dismiss.

Accordingly, it is ORDERED:

The Report and Recommendation dated April 7, 2008 is VACATED.

And it is respectfully RECOMMENDED:

1. That the motions to dismiss (docs. 124, 126) be GRANTED.

2. That this cause be DISMISSED WITH PREJUDICE from the active docket of the court.

3. That pursuant to Local Rule 16.2(D), the court retain jurisdiction for sixty (60) days, during which time any party may move the court, for good cause shown, to reopen the case for further proceedings.

4. That the clerk be directed to close the file for administrative purposes, and upon expiration of sixty days without activity, close the case in its entirety for all purposes.

5.  That each party be responsible for his or her own attorney's fees and costs.

At Pensacola, Florida, this 17th day of April, 2008.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).