IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN W. JEFFRIES,
    Plaintiff,

vs.                                  CASE NO.:  3:06cv344/MCR/MD

JAMES EDWARD SULLIVAN, et al.,
    Defendants.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 17, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The motions to dismiss (docs. 124, 126) are GRANTED.

3.    This cause is DISMISSED WITH PREJUDICE from the active docket of the court.

4.    Pursuant to Local Rule 16.2(D), the court retains jurisdiction for sixty (60) days, during which time any party may move the court, for good cause shown, to reopen the case for further proceedings.

5.    The clerk is directed to close the file for administrative purposes, and upon expiration of sixty (60) days without activity, close the case in its entirety for all purposes.

6.    Each party is responsible for his or her own attorney's fees and costs.

DONE AND ORDERED this 19th day of May, 2008.

                                          *s/ M. Casey Rodgers*
                                          M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE